## IN THE UNITED STATES DISTICT COURT FOR
## THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

---

**SONCO INVESTMENTS, LLC;**
**DAVID DUNAVANT and**
**RONALD COLEMAN,**

       **Plaintiffs,**                    **NO.: 11-02349-tmp**

**vs.**

**BRET SAXON, SET IN SPACE, INC.,**
**IMG FILM, INC. and INSOMNIA MEDIA GROUP,**

       **Defendants.**

---

### STIPULATION OF DISMISSAL

---

      **PLEASE TAKE NOTICE** that the Plaintiffs, pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, upon this stipulation signed and approved by all parties who

have appeared in this action, hereby dismisses the above captioned action with prejudice.

                          Respectfully submitted,

                          /S/ Robert D. Flynn
                          Robert D. Flynn (BPR # 007941)
                          Michele Howard-Flynn (BPR#019808)
                          H.F. Law Group, PLLC
                          3257 W. Sarazen's Circle
                          Memphis, Tennessee 38125
                          Telephone: (901).322.8025
                          Facsimile:  901).322.8026
                          *Attorneys for the Plaintiffs*

1

/S/ Brian S. Faughnan  (with permission-RDF)
Brian S. Faughnan (BPR # 19379)
Thomason, Hendrix, Harvey,
Johnson & Mitchell, PLLC
29th Floor, One Commerce Square
40 South Main Street
Memphis, Tennessee 38103
Telephone: (901) 577.6139
Facsimile: (901) 525.6722

/S/Jay Statman (with permission- RDF)
Jay Statman
11766 Wilshire Blvd., Suite 600
Los Angeles, California 90025
Telephone: (310) 268.1000
Facsimile: (310) 499.5287
*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of October, 2012 a copy of the foregoing electronically filed document was served upon the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Brian S. Faughnan, Esq.
Thomason, Hendrix, Harvey,
Johnson & Mitchell, PLLC
29th Floor, One Commerce Square
40 South Main Street
 Memphis, Tennessee 38103

Jay Statman, Esq.
11766 Wilshire Blvd., Suite 600
Los Angeles, California 90025

I further certify that a complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

/s/ Robert D. Flynn_____
ROBERT D. FLYNN